No. 861. CADEK *v.* OHIO. May 3, 1937. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. William J. Corrigan* for petitioner. *Mr. Frederick W. Green* for respondent.

No. 870. NEW YORK LIFE INSURANCE CO. *v.* LANIER ET AL. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Charles Cook Howell* and *Oscar O. McCollum* for petitioner. *Mr. John E. Mathews* for respondents.

No. 881. NEW YORK LIFE INSURANCE CO. *v.* FREEDOM CASKET CO. May 3, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William H. Eckert* and *Louis H. Cooke* for petitioner. *Mr. Charles J. Margiotti* for respondent.

No. 920. NEW YORK LIFE INSURANCE CO. *v.* STRONG. May 3, 1937. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. W. F. Wilson* and *Louis H. Cooke* for petitioner. *Mr. Edgar Fenton* for respondent.

No. 948. KINCHLOW *v.* PEOPLES RAPID TRANSIT CO. ET AL. May 17, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia and motion for leave to proceed further *in forma pauperis* denied. *Mr. Nathan A. Dobbins* for petitioner. No appearance for respondents.